```
        ___ FILED       ___ RECEIVED
        ___ ENTERED     ___ SERVED ON
                        COUNSEL/PARTIES OF RECORD

              OCT 2 1 2016

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
        BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:05-CR-175-BES-RAM |
| vs. | ) |
| ALEJANDRO HERNANDEZ, | ) |
| Defendant. | ) |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#32) on December 8, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WASHOE COUNTY DISTRICT ATTORNEY
Amount of Restitution: $1,325.00

**Total Amount of Restitution ordered:** $1,325.00

Dated this ___21___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE